**Michael K. DALE, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

**No. 2006–3351.**

United States Court of Appeals, Federal Circuit.

Sept. 20, 2006.

Michael K. Dale, pro se.

*ORDER*

Michael K. Dale moves without opposition to voluntarily dismiss his petition for review of the Merit Systems Protection Board's decision in *Dale v. Department of Veterans Affairs*, no. PH–3443–05–0464–I–1, 102 M.S.P.R. 646.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to voluntarily dismiss is granted.

(2) All remaining motions are moot.

(3) Each side shall bear its own costs.